Aaron OLSON, Plaintiff–Appellant

v.

UNITED STATES POST OFFICE, Defendant–Appellee.

No. 15–2654.

United States Court of Appeals, Eighth Circuit.

Submitted: March 1, 2016.

Filed: March 4, 2016.

---

1. The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

Aaron Olson, Chisago City, MN, pro se.

Ana H. Voss, Assistant U.S. Attorney, David Gerald Wilhelm, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Defendant–Appellee.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Minnesota resident Aaron Olson appeals the district court's[1] dismissal of his pro se complaint alleging that he was assaulted by a postal worker, and the court's denial of his motion to amend the complaint. After careful de novo review, see *In re NVE Corp. Sec. Litig.*, 527 F.3d 749, 752 (8th Cir.2008) (de novo review of denial of motion to amend complaint based on futility); *Riley v. United States*, 486 F.3d 1030, 1031 (8th Cir.2007) (de novo review of dismissal for lack of subject matter jurisdiction), we conclude that dismissal was appropriate for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.